UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER J. BOORAS,
    Plaintiff

v.

DELTA INTERNATIONAL
MACHINERY CORP.,
    Defendant

CIVIL ACTION NO.

05-11657-WGY

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Delta International Machinery Corp., in the above-captioned matter.

Michael S. Appel (BBO #543898)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA  02114
Tel. No. (617) 227-3030

Dated: August 11, 2005

## CERTIFICATE OF SERVICE

I, Michael S. Appel, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

Matthew J. Dupuy, Esquire
Ardito, Sweeney & Associates
25 Mid Tech Drive
West Yarmouth, MA 02673

Michael S. Appel

366191