UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER J. BOORAS,
    Plaintiff

v.

DELTA INTERNATIONAL
MACHINERY CORP.,
    Defendant

CIVIL ACTION NO. 05-11657-WGY

## ANSWER OF DEFENDANT

1. The defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the complaint.

2. Denied.

3. Admitted.

### COUNT I
### NEGLIGENCE

4. The defendant incorporates as if fully stated herein its answers to paragraphs 1 through 3 of the complaint.

5. The defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Denied.

7. Denied.

### COUNT II
### STRICT LIABILITY

8. The defendant incorporates as if fully stated herein its answers to paragraphs 1 through 7 of the complaint.

9.   Denied.

10.  Denied.

## COUNT III
### BREACH OF EXPRESS AND IMPLIED WARRANTIES

11.  The defendant incorporates as if fully stated herein its answers to paragraphs 1 through 10 of the complaint.

12.  Denied.

13.  Denied.

### FIRST AFFIRMATIVE DEFENSE

The defendant states that any injury sustained by the plaintiff was caused by the negligence of the plaintiff, which is greater than any negligence that could be attributed to defendant and therefore plaintiff's recovery is diminished and/or barred by law.

### SECOND AFFIRMATIVE DEFENSE

The defendant states that any injury sustained by the plaintiff was caused by the acts and/or omissions of a third party over whom defendant had no custody or control.

### THIRD AFFIRMATIVE DEFENSE

If the product was defective, which the defendant expressly denies, the plaintiff was aware of such defect and the danger of using the product with such defect, and proceeded unreasonably to use the product.

### FOURTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiff is barred from recovery because the failure to give proper and timely notice to the defendant of his claim for damages.

THE DEFENDANT DEMANDS A JURY TRIAL ON ALL ISSUES.

        Defendant,
        By its attorneys,


        _/s/ Michael S. Appel_____
        Michael S. Appel (BBO #543898)
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA  02114
        Tel. No. (617) 227-3030

Dated: August 24, 2005