UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER J. BOORAS,
    Plaintiff

v.

DELTA INTERNATIONAL
MACHINERY CORP.,
    Defendant

CIVIL ACTION NO. 05-11657-WGY

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)(1)-(3)

In accordance with L.R. 16.1(D)(1)-(3) and this Court's Notice of Scheduling Conference, the parties submit this statement in connection with the October 17, 2005 Scheduling Conference.

### Discovery Plan Pursuant to L.R. 16.1(D)(1)

The parties have discussed the schedule for discovery and have agreed to the following discovery schedule.

1. All written discovery shall be completed by December 1, 2005.
2. All non-expert witness depositions shall be completed by March 1, 2006.
3. Plaintiff shall make expert disclosures by April 1, 2006.
4. Defendant shall make expert disclosures by May 1, 2006.
5. All expert depositions shall be completed by July 1, 2006.

### Schedule for Filing Pre-Trial Motions Pursuant to L.R. 16.1(D)(2)

The parties have agreed upon the following schedule for the filing of motions:

1. All amendments to the pleadings shall be completed by June 30, 2006.
2. All motions under Fed. R. Civ. P. 56 shall be served and filed no later than September 30, 2006.

3. All oppositions to Motions for Summary Judgment shall be served in accordance with the Federal Rules of Civil Procedure.

**Certification Pursuant to L.R. 16.1(D)(3)**

Counsel for plaintiff hereby affirms and certifies that plaintiff's counsel and the plaintiff have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- for the litigation in <u>Christopher J. Booras v. Delta International Machinery Corp.</u>, Civil Action No. 05-11657-WGY, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Counsel for defendant hereby affirms and certifies that defendant's counsel and the defendant have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- for the litigation in <u>Christopher J. Booras v. Delta International Machinery Corp.</u>, Civil Action No. 05-11657-WGY, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Plaintiff, Christopher J. Booras,<br>By his attorneys, | Defendant, Delta International Machinery Corp.,<br>By its attorneys, |
| /s/Matthew J. Dupuy<br>Matthew J. Dupuy, BBO No. 139000<br>Ardito, Sweeney & Associates<br>25 Mid Tech Drive<br>West Yarmouth, MA 02673<br>(508) 775-3433 | /s/Michael S. Appel<br>Michael S. Appel, BBO No. 543898<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3030 |

Dated: October 14, 2005