UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                          Civil Action
                                                                                                          No: 05-11657-WGY

**Christopher J. Booras**

**Plaintiff**

v.

**Delta International Machinery Corp.**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on  that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                                                           By the Court,

                                                                                                           /s/Matthew A. Paine

                                                                                                           **Deputy Clerk**

April 6, 2006

**To: All Counsel**